FILED

05/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0042

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0042

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

AUTREE ANIEL PEDERSEN,

     Defendant and Appellant.

## ORDER

Following entry of this Court's May 11, 2021 Order remanding for resentencing and dismissing this appeal, Defendant and Appellant Autree Aniel Pedersen has moved for immediate remittitur. Pedersen represents that the State of Montana does not oppose this motion. Good cause appearing,

IT IS ORDERED that remittitur shall issue immediately.

The Clerk of this Court is directed to provide immediate notice of this Order to all counsel of record.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
May 13 2021